# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE LAMOREUX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF COLLECTION )<br>RECOVERY, LLC a/k/a BUREAU OF )<br>COLLECTION RECOVERY, INC., )<br>)<br>Defendant ) | **Case No.: 3:13-cv-00842-RPC** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Rule 41.1(b), Plaintiff voluntarily dismiss her Complaint with prejudice.

Date: July 2, 2013

By: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID# 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com

_____
                                            J.